

Leonard Kreinces

Howard S. Rosenberg
Admitted to Practice NY & CT

Donna Murphy
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

May 26, 2021

VIA ECF

Hon. Naomi Reice Buchwald
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Green Light Go, Inc. v. Produce Depot USA
Case No.: 21CV01802(NRB)(SDA)

Dear Judge Buchwald:

We are in receipt of Mr. Fierst's letter requesting an adjournment of the telephone conference scheduled for June 1, 2021 in the above-referenced amount.

We are available on June 2nd or 3rd whichever is convenient to the Court.

The courtesy and cooperation of Chambers is appreciated.

Respectfully yours,

LEONARD KREINCES

LK/dm
cc: Timothy Fierst, Esq. (Via ECF)

```
The parties' application is
granted.  The telephonic
status conference is
adjourned until June 3, 2021
at 11:00 a.m.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 27, 2021