UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREEN LIGHT GO, INC.,

                   Plaintiff,

-against-

PRODUCE DEPOT USA LLC,

                   Defendant.

Case No.:21CV01802(NRB)(SDA)

**DEFAULT JUDGMENT**

---

     This action having been commenced on March 2, 2021, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was served on the defendant, PRODUCE DEPOT USA LLC, by personal service on Sue Zouky, authorized agent at the Secretary of State and proof of such service having been filed with the Court, and the time for the defendant, PRODUCE DEPOT USA LLC, to answer the Complaint having expired, it is

     ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendant, PRODUCE DEPOT USA LLC, in the liquidated amount of SEVENTY-SEVEN THOUSAND TWO HUNDRED and 00/100 ($77,200.00) DOLLARS, with interest from September 4, 2020 to August 4, 2021 at the rate of nine (9%) per month in the amount of ($ 6,357.90 ) DOLLARS, plus costs and disbursements of this action in the amount of ONE HUNDRED NINETY and 00/100 ($190.00) DOLLARS amounting in all to ($ 83,747.90 ) DOLLARS.

Dated: New York, New York
       August   4 , 2021

                                                         */s/*
                                                         U.S.D.J.

This document was entered on the docket on August 4, 2021.